No. 16, Misc. HANSEN v. WISCONSIN ET AL. Supreme Court of Wisconsin. Certiorari denied.

No. 17, Misc. LEWIS v. MAINE. Supreme Judicial Court of Maine. Certiorari denied.

No. 19, Misc. PAULSON v. RAGEN, WARDEN. Circuit Court of Will County, Illinois. Certiorari denied.

No. 21, Misc. ROUSSEAU v. HURTADO, EXECUTRIX, ET AL. District Court of Appeal of California, First Appellate District. Certiorari denied.

No. 23, Misc. FUNKHOUSER v. LOEW'S INCORPORATED. C. A. 8th Cir. Certiorari denied. *Richard B. McEntire* for petitioner. *Maurice J. O'Sullivan* and *Samuel D. Cohen* for respondent.

No. 24, Misc. SHELL v. MISSOURI. Supreme Court of Missouri. Certiorari denied.

No. 26, Misc. ARCHIE v. SHELL OIL Co., INC. ET AL. C. A. 5th Cir. Certiorari denied. *I. H. Spears* for petitioner.

No. 29, Misc. WILSON v. RAGEN, WARDEN. Circuit Court of Will County, Illinois. Certiorari denied.

No. 30, Misc. WEST v. NEW JERSEY. Supreme Court of New Jersey. Certiorari denied.

No. 32, Misc. STEWART v. ILLINOIS. Supreme Court of Illinois. Certiorari denied.